UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| BARRY GITNER individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION and U.S. BANCORP,<br><br>Defendants. | Case No. 0:20-cv-02101-DSD-KMM<br><br>**JOINT STIPULATION REGARDING PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br>**[LR 7.1(a)(2)]** |

Pursuant to LR 7.1(a)(2), Plaintiff Barry Gitner and Defendants U.S. Bank National Association and U.S. Bancorp, by and through their respective counsel of record, hereby stipulate and agree that Plaintiff Gitner will not oppose Defendants' Motion to Compel Arbitration [ECF Nos. 24-26], including Defendants' request to stay this action pending completion of individual arbitration of Plaintiff Gitner's claims.

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

Dated: January 12, 2021

/s/Karen Hanson Riebel
Karen Hanson Riebel (MN # 0219770)
Kate M. Baxter-Kauf (MN # 392037)
Maureen Kane Berg (MN # 033344X)
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com
mkberg@locklaw.com

<table>
<tr><td></td><td>**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**

Gayle M. Blatt (admitted *pro hac vice*)
Jeremy Robinson (admitted *pro hac vice*)
P. Camille Guerra (admitted *pro hac vice*)
James M. Davis (admitted *pro hac vice*)
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
gmb@cglaw.com
jrobinson@cglaw.com
camille@cglaw.com
jdavis@cglaw.com

*Attorneys for Plaintiff and the Class*

**DORSEY & WHITNEY LLP**</td></tr>
<tr><td>Dated: January 12, 2021</td><td>By s/Eric R. Sherman
   Eric R. Sherman (#0331430)
   sherman.eric@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

**ALSTON & BIRD**

Kristine M. Brown (admitted *pro hac vice*)
kristy.brown@alston.com
Donald M. Houser (admitted *pro hac vice*)
donald.houser@alston.com
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Attorneys for Defendants U.S. Bank National Association and U.S. Bancorp*</td></tr>
</table>