UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| BARRY GITNER individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION and U.S. BANCORP,<br><br>　　　　　　Defendants. | Case No. 0:20-cv-02101-DSD-KMM<br><br><br>**ORDER FOR JOINT STIPULATION REGARDING PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br>**[LR 7.1(a)(2)]** |

Pursuant to the parties' joint stipulation regarding plaintiff's non-opposition to defendants' motion to compel arbitration [LR 7.1(a)(2)] [ECF No. 30], **IT IS HEREBY ORDERED THAT**:

1.　Defendants' motion to compel arbitration [ECF No. 24] is granted;

2.　Defendants' request to stay this action pending completion of individual arbitration of plaintiff Gitner's claims is granted.

Dated: January 13, 2021　　　　　　　　　　　s/David S. Doty
　　　　　　　　　　　　　　　　　　　　　David S. Doty, Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court