UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| BARRY GITNER individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION and U.S. BANCORP,<br><br>Defendants. | Case No.  0:20-cv-02101-DSD-KMM<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Barry Gitner hereby gives notice that his complaint (ECF No. 1) in the above captioned action is voluntarily dismissed with prejudice against defendant U.S. Bank National Association and U.S. Bancorp. U.S. Bank National Association and U.S. Bancorp have not filed either an answer or a motion for summary judgment. Each party shall bear its own attorneys' fees and costs.

Dated: March 22, 2022

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**

/s/ *Gayle M. Blatt*
Gayle M. Blatt, *Pro Hac Vice*
Jeremy Robinson, *Pro Hac Vice*
P. Camille Guerra, *Pro Hac Vice*
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
gmb@cglaw.com
jrobinson@cglaw.com
camille@cglaw.com

*Attorneys for Plaintiff*

1